## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   8:24-cv-01192-JVS(ADSx)                    Date   April 20, 2026

Title   Guixiang Hu v. Chunli Wang et al

---

Present: The Honorable   **James V. Selna, US District Court Judge**

| Elsa Vargas | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Guixiang Hu, Pro se | Chuli Wang, Pro se |
| | Shao Kun Mao, Pro se |
| **Assisted by Mandarin Interpreter: Helen Hall #301016** | **Assisted by Mandarin Interpreter: Gin Chih Yu Lin, #370683** |

**Proceedings:**   Status Conference

Cause called and counsel make their appearances.  The Court and the parties confer regarding the status of the case.   The Court sets case management dates with the agreement of the parties as follows:

**Court Trial**                November 10, 2026, at 8:30 a.m.
**Final PreTrial Conference**  October 26, 2026, at 11:00 a.m.
File PreTrial Documents not later than October 19, 2026
File motions in limine not later than September 28, 2026
**Law and Motion Cut-off**     September 28, 2026,  at 1:30 p.m.

The Courts Bench Trial order to issue.  The Court directs the parties to reach out to the Courtroom Deputy if assistance is needed in order to set a further settlement conference before the Magistrate Judge.

cc: ADR Coordinator

:   12

Initials of Preparer   eva

---

CV-90 (06/04)                    CIVIL MINUTES - GENERAL                    Page 1 of 1